UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK LARRISON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CRAIG GUSTAFSON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C25-0309-KKE<br><br>ORDER OF DISMISSAL |

Plaintiffs have notified the Court that they have settled this case. Dkt. No. 8. At Plaintiffs' request, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice. *Id.*

In the event that the settlement is not perfected, any party may move to reopen the case within 45 days of this order.

The Clerk shall close the case.

Dated this 27th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1